1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,                                )   Civil No. 07-CV-260-L(RBB)
                                             )
                    Plaintiff,               )   **ORDER GRANTING JOINT**
                                             )   **MOTION FOR DISMISSAL WITH**
v.                                           )   **PREJUDICE [doc. #11]**
                                             )
DENNIS W. LYMAN, *et al.*,                   )
                                             )
                    Defendants.              )
                                             )
_____             )

        The parties have settled this action and have jointly moved for dismissal of the action

based upon a settlement agreement.  Good cause appearing, **IT IS ORDERED** granting the

parties' joint motion for dismissal of this action in its entirety with prejudice.  **IT IS FURTHER**

**ORDERED** that Magistrate Judge Ruben B. Brooks, or other magistrate judge, shall retain

jurisdiction over all disputes arising out of the settlement agreement.  **IT IS FURTHER**

**ORDERED** that each party shall bear its own costs and fees except as otherwise set forth in the

settlement agreement.  **IT IS FURTHER ORDERED** directing the Clerk of the Court to close

this case.

        **IT IS SO ORDERED.**

DATED:  July 26, 2007

_____
M. James Lorenz
United States District Court Judge

07cv260

1

2

COPY TO:

3

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

4

5

ALL PARTIES/COUNSEL

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv260